UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No.: **1:24-cv-08912-OEM-LKE**

| | |
|---|---|
| **Carlos Florez**,<br>　　　Plaintiff,<br>vs.<br><br>**32 Withers Street LLC** and<br>**Bamontes Restaurant Corp**<br>　　　Defendants. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AGAINST ALL DEFENDANTS** |

Pursuant to F.R.C.P. 41(a)(1)(i), the Plaintiff, by and through undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, *with prejudice*, against Defendant **32 Withers Street LLC** and **Bamontes Restaurant Corp**.

Dated: April 23, 2025.

　　　　　　　　　　　　　　　　　　　　s/Maria Costanza Barducci
　　　　　　　　　　　　　　　　　　　　Maria-Costanza Barducci (Bar No. 5070487)
　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*
　　　　　　　　　　　　　　　　　　　　BARDUCCI LAW FIRM, PLLC
　　　　　　　　　　　　　　　　　　　　5 West 19th Street, 10th Floor
　　　　　　　　　　　　　　　　　　　　New York, New York 10011
　　　　　　　　　　　　　　　　　　　　(212) 433-2554
　　　　　　　　　　　　　　　　　　　　MC@BarducciLaw.com